IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10943
Summary Calendar
_____


JOHN FREDERICK COLEMAN,

                                        Petitioner-Appellant,

versus

JANIE COCKRELL, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:00-CV-1
--------------------
November 29, 2001

Before DAVIS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

     John Frederick Coleman, Texas prisoner # 564038, appeals the
district court's denial of his petition for a writ of habeas
corpus filed pursuant to 28 U.S.C. § 2254.  Coleman's petition
challenged the prison disciplinary board's finding that Coleman
was guilty of participating in a chow hall riot, for which
Coleman was punished by, inter alia, the loss of accrued good-
time credits.  He argues that the district court erred in
determining that the prison disciplinary board's finding was

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

supported by some evidence.  The appellee has filed a motion to supplement the record with the tape recording of the prison disciplinary hearing, a summary of which was included in the record before the district court.  Coleman has not responded to the motion.  The appellee's motion is GRANTED.

The record shows that the prison disciplinary board's finding of guilt was supported by some evidence.  See Hudson v. Johnson, 242 F.3d 534, 535 (5th Cir. 2001).  Accordingly, the district court's judgment is AFFIRMED.